IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01796-REB-KLM

TESSA OLSON,

    Plaintiff,

v.

QWEST COMMUNICATIONS CORPORATION, a Delaware corporation, and
QWEST COMMUNICATIONS INTERNATIONAL, INC., a Delaware corporation,

    Defendant(s).
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Amend Caption** [Docket No. 4; Filed August 22, 2008] (the "Motion").

    Plaintiff requests that the caption in her Summons, Complaint and Civil Cover Sheet be corrected to read "and Qwest Communications Corporation" instead of "and Quest Communications Corporation." IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. As of the date of this Order, the caption on Plaintiff's Complaint, Summons and Civil Cover Sheet is amended to read "and Qwest Communications Corporation."

    Dated: August 27, 2008