IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01796-REB-KLM

TESSA OLSON,

    Plaintiff,

v.

QWEST COMMUNICATIONS CORPORATION, a Delaware corporation, and
QWEST COMMUNICATIONS INTERNATIONAL, INC., a Delaware corporation,

    Defendant(s).

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion for Court Approval of Stipulated Protective Order** [Docket No. 21; Filed January 2, 2009] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filing and is entered as an Order of this Court as of the date of this Minute Order.

Dated: January 5, 2009